UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO 16-11944
ESTELLA MAC CHAMBERS : CHAPTER 13
:
DEBTORS

NOTICE OF DEBTOR'S COUNSEL'S
APPLICATION FOR COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

TO ALL PARTIES IN INTEREST:

On August 22, 2016, Richard N. Lipow, Esquire, counsel for the Debtor has applied under the Bankruptcy Code for an award of compensation post confirmation in the amount of $3750.00 in addition to costs of $-0-. A copy of the application is enclosed with this notice.

You are notified that any objection to the application must be filed and served on Richard N Lipow, the applicant within 21 days of the date on which the application is filed. If you object to the Application or if you want the court to consider your views on the Application, then on or before, **SEPTEMBER 13, 2016** you or your attorney must do all of the following:

(a) file an objection explaining your position at
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107
Telephone: 215-408-2800
Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to:
RICHARD N LIPOW
629 SWEDESFORD ROAD SWEDESFORD CORPORATE CENTER, MALVERN PA 19355
RICHARD@LIPOWLAW.COM FAX 610-889-9564
TEL 610-251-2500

If you or your attorney do not take the steps described in paragraphs (a) and (b) above the court may enter an order approving the Application.

Dated:   8/22/16                            Signed:   /s/ Richard N. Lipow
                                                              Applicant