UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Estella Mack Chambers | CASE NO: 16-11944 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 8/23/2016, I did cause a copy of the following documents, described below,

First Amended Plan Application for Fees Notice Proposed Order Exhibits.,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/23/2016

/s/ Richard N Lipow
Richard N Lipow  32399
Lipow Law Office
629 Swedesford Road Swedesford Corporate Center
Malvern, PA  19355-0000
610 251 2500
richard@lipowlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Estella Mack Chambers | CASE NO: 16-11944 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/23/2016, a copy of the following documents, described below,

First Amended Plan Application for Fees Notice Proposed Order Exhibits.,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lipow Law Office
Richard N Lipow
629 Swedesford Road Swedesford Corporate Center
Malvern, PA  19355-0000

PARTIES DESCRIBED AS "FIRST CLASS MAIL" WERE SERVED VIA FIRST CLASS MAIL AND
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*DEBTOR*

| | | |
|---|---|---|
| ESTELLA MACK CHAMBERS<br>643 MERCHANT STREET<br>COATESVILLE PA 19320 | AMCA<br>2269 S SAW MILL<br>ELMSFORD NY 10523 | AR RESOURCES INC<br>BANKRUPTCY<br>PO BOX 1056<br>BLUE BELL PA 19422 |
| BERKS CREDIT & COLLECTIONS<br>PO BOX 329<br>ATTN: BANKRUPTCY<br>TEMPLE PA 19560 | CALIBER HOME LOANS INC.<br>13801 WIRELESS WAY<br>PO BOX 24330<br>OKLAHOMA CITY OK 73124 | CHESTER COUNTY HOSP<br>MARSHALL STREET<br>WEST CHESTER PA 19380 |
| COLUMBIA GAS (FORMERLY BAYSTATE GAS)<br>2491 PAXTON ST<br>HARRISBURG PA 17111 | FIRST FEDERAL CREDIT & COLLECTIONS<br>24700 CHAGRIN BLVD<br>SUITE 205<br>CLEVELAND OH 44122 | PORTFOLIO RECOVERY<br>ATTN: BANKRUPTCY<br>PO BOX 12914<br>NORFOLK VA 23541 |

in addition to the US and Chapter 13 Trustees and those receiving service via ECF who were all served at the time the documents were filed by the ECF system.