UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO 16-11944
ESTELLA MAC CHAMBERS : CHAPTER 13
:
DEBTORS

CERTIFICATE OF NO OBJECTION TO DEBTOR'S COUNSEL'S
APPLICATION FOR COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

The undersigned certifies that as of September 15, 2016, there has been no response or objection filed or received to Debtor's Counsel's Application for Fees and Reimbursement of Expenses.

Dated:  9/15/16                              Signed:   /s/ Richard N. Lipow
                                                              Applicant

CERTIFICATE OF SERVICE

The foregoing was served on all interested parties as well as the US and Chapter 13 Trustees at the time it was filed by US Mail and or the ECF system.

Dated:  9/15/16                              Signed:   /s/ Richard N. Lipow
                                                              Applicant