UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE ESTELLA MACK CHAMBERS               NO. 16-11944

ORDER

AND NOW, THIS _____22nd_____ day of _September_ 2016, upon consideration of the Application of Debtor's counsel Richard N. Lipow for Compensation and any response thereto, the Court being fully advised, it is ORDERED that the application is GRANTED and counsel fees in the full amount of $3,750.00 are approved of which $2,580.00 shall be paid by the trustee from plan payments.

IT IS SO ORDERED.

BY THE COURT

_____