United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Estella Mack Chambers
    Debtor

Case No. 16-11944-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Sep 22, 2016
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
db         +Estella Mack Chambers,   643 Merchant Street,   Coatesville, PA 19320-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
         agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association
         paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
        MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
         paeb@fedphe.com
        RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,
         ecflipow@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                           TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE ESTELLA MACK CHAMBERS         NO. 16-11944

ORDER

AND NOW, THIS _____22nd_____ day of _September_ 2016, upon consideration of the Application of Debtor's counsel Richard N. Lipow for Compensation and any response thereto, the Court being fully advised, it is ORDERED that the application is GRANTED and counsel fees in the full amount of $3,750.00 are approved of which $2,580.00 shall be paid by the trustee from plan payments.

IT IS SO ORDERED.

BY THE COURT

_____