United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Estella Mack Chambers  
      Debtor

Case No. 16-11944-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jan 19, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.  
db          +Estella Mack Chambers,    643 Merchant Street,    Coatesville, PA 19320-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...  
         agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,  
         jwood@ecf.inforuptcy.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...  
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com  
        MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
        MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association  
         paeb@fedphe.com  
        RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,  
         ecflipow@gmail.com  
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...  
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                  TOTAL: 11

1 Chambers Stipulation Bankruptcy Case # 16-11944/JKF

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Estella Mack Chambers,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4,<br>    Movant,<br>v.<br>Estella Mack Chambers,<br>    Debtor,<br>William C. Miller, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-11944/JKF<br><br>11 U.S.C. § 362 |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtor' property at 643 Merchant Street, Coatesville, PA 19320, are $3,947.40. The breakdown of the arrears is as follows:

    Post-Payments from September 1, 2016 to January 1, 2017 at $789.48 each = $3,947.40;

3. If Debtor provides proof of negotiated payments not already credited, they will receive credit for those payments.

4. Debtor shall cure the arrearages in the following manner:

2 Chambers Stipulation Bankruptcy Case # 16-11944/JKF

(a)  Movant shall apply $190.60 from Debtor Suspense to the arrearage balance;

(b)  The balance of the arrears, to-wit, $3,756.80, shall be cured by the payment by Debtor of the sum of $626.13 commencing February 1, 2017, and continuing for 6 consecutive months through and including July 1, 2017, until the arrears are cured, together with the regular monthly mortgage payment of $789.48, or as same may be adjusted from time to time in accordance with Paragraph (e) hereof, for the total monthly payment amount of $1,415.61, payable on the due date of Debtor's mortgage;

(c)  If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

(d)  All payments to Movant are to be in CERTIFIED FUNDS, MONEY ORDER, or BANK CASHIER'S CHECK with the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4, at P.O. Box 619094, Dallas, Texas 75261-9741;

(e)  Debtor is responsible to pay the monthly payment as that amount may be adjusted from time to time by Movant in accordance with standard escrow practices;

(f)  Debtor is responsible to reimburse Movant for its attorneys' fees and costs in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

5.  In the event that Debtor fail to make any of the payments set forth above, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the default within 15 days of the notice. If Debtor should fail to cure the default within 15 days,

3 Chambers Stipulation Bankruptcy Case # 16-11944/JKF

Movant may file a Certification of Default with the Court, and upon the filing of the Certification, Debtor consents to the Court entering an Order granting Movant relief from the Automatic Stay.

6. After Movant sends two (2) Notices of Default for Debtor's failure to remain post-petition current, then Movant may file a Certification of Default with the court instead of sending a third Notice of Default.

7. Debtor understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtor shall be responsible for any reasonable attorney fees of $50.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

8. ~~Debtor agrees that the Court may waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the Court's order.~~

Dated: 1/9/17

Kevin S. Frankel, Esquire
Attorney for Movant

Dated: 1/9/17

Richard N. Lipow, Esquire
Attorney for Debtor

NO OBJECTION

Dated: 1/10/17

William C. Miller
Trustee

AND NOW, this __19th__ day of __January__, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made ~~an Order of this Court~~.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE