**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  *Estella Mac Chambers*                                              Case No.  **16-11944**
                              Debtor                                        Chapter  **13**

# NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Estella Mac Chambers has **FILED A MOTION FOR POST CONFIRMATION MODIFICATION OF HER CONFIRMED CHAPTER 13 PLAN**

<u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 3/30/17 you or your attorney **MAY** do <u>all</u> of the following:

   (a) file an answer explaining your position at
      Robert N.C. Nix, Sr. Federal Courthouse
      900 Market Street, Suite 400
      Philadelphia, PA 19107
      Telephone: 215-408-2800
      Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) mail a copy to the movant's attorney:
      RICHARD N LIPOW
      629 SWEDESFORD ROAD
      SWEDESFORD CORPORATE CENTER
      MALVERN PA 19355
      RICHARD@LIPOWLAW.COM
      FAX 610-889-9564
      TEL 610-251-2500

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable JEAN K FITZSIMON BANKRUPTCY JUDGE on **4/27/17 at 9:30 am** at  Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Philadelphia, PA 19107 in the UNITED STATES BANKRUPTCY COURT in Courtroom 2. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 3/15/17                        /s/ *Richard N. Lipow*
                                      RICHARD N LIPOW
                                      ATTORNEY AT LAW