UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Estella Mac Chambers | CASE NO: 16-11944 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 3/16/2017, I did cause a copy of the following documents, described below,

NOTICE OF SUPPLEMENTAL MOTION FOR COMPENSATION AND EXPENSES,

SUPPLEMENTAL APPLICATION FOR FEES AND EXPENSES

EX A

EX B

PROPOSED ORDER

NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

MOTION TO MODIFY PLAN

PROPOSED MODIFIED PLAN

ORDER APPROVING PLAN  PROPOSED

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/16/2017

/s/ Richard N Lipow
Richard N Lipow  32399
Lipow Law Office
629 Swedesford Road Swedesford Corporate Center
Malvern, PA  19355-0000
610 251 2500
richard@lipowlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Estella Mac Chambers | CASE NO: 16-11944 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 3/16/2017, a copy of the following documents, described below,

NOTICE OF SUPPLEMENTAL MOTION FOR COMPENSATION AND EXPENSES,

SUPPLEMENTAL APPLICATION FOR FEES AND EXPENSES

EX A

EX B

PROPOSED ORDER

NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

MOTION TO MODIFY PLAN

PROPOSED MODIFIED PLAN

ORDER APPROVING PLAN  PROPOSED

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/16/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lipow Law Office
Richard N Lipow
629 Swedesford Road Swedesford Corporate Center
Malvern, PA  19355-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 1 AMCA<br>2269 S SAW MILL<br>ELMSFORD NY 10523 | 2 AR RESOURCES INC<br>BANKRUPTCY PO BOX 1056<br>PO BOX 1056<br>BLUE BELL PA 19422 | 3 BERKS CREDIT  COLLECTIONS<br>ATTN BANKRUPTCY<br>PO BOX 329<br>TEMPLE PA 19560 |
| 4 CALIBER HOME LOANS INC<br>13801 WIRELESS WAY<br> PO BOX 24330<br>OKLAHOMA CITY OK 73124 | 5 CHASE MANHATTAN MORTGAGE<br>3415 VISION DR<br>COLUMBUS OH 43219 | 6 CHESTER COUNTY HOSP<br>MARSHSALL STREET<br>WEST CHESTER PA 19380 |
| 7 CITY OF COATESVILLE<br>PORTNOFF LAW ASSOC<br>PO BOX 3020<br>NORRISTOWN PA 19404-3020 | 8 COLUMBIA GAS FORMERLY BAYSTATE GAS<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2025<br>SPRINGFIELD MA 01102 | 9 FIRST FEDERAL CREDIT  COLLECTIONS<br>24700 CHAGRIN BLVD SUITE 205<br>CLEVELAND OH 44122 |
| 10 NATIONSTAR MORTGAGE LLC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 619096<br>DALLAS TX 75261-9741 | 11 FIRST FEDERAL CREDIT  COLLECTIONS<br>24700 CHAGRIN BLVD STE 2<br>CLEVELAND OH 44122 | |