IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ESTELLA MACK CHAMBERS                    :    CHAPTER 13
                Debtor        :
                              :    BK. No. 16-11944 JKF

## ORDER

AND NOW, this 16th day of March, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
JEAN K. FITZSIMON,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

ESTELLA MACK CHAMBERS
643 MERCHANT STREET
COATESVILLE, PA 19320-3337

RICHARD N. LIPOW, ESQUIRE
LIPOW LAW OFFICE, 629 SWEDESFORD ROAD
MALVERN, PA 19355

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107