```
                UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                           4/18/17
```

To: RICHARD N. LIPOW
629 Swedesford Road
Malvern, PA 19355

          In re: Estella Mack Chambers
          Bankruptcy No. 16-11944-jkf
          Adversary No.
          Chapter 13

  Re: Supplemental Application for Compensation

The above pleading was filed in this office on **3/15/17**. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

    ()  Affidavit
    ()  Certificate of Service
    (xx) Certification of no response
    ()  Notice pursuant to Rule 9019
    ()  Notice pursuant to Rule 2002
    ()  Notice pursuant to Rule 3007.1
    ()  Proof of Claim number not noted on
       objection pursuant to Rule 3007.1(a)
    ()  Proposed Order
    ()  Stipulation
    ()  Certification of Default
    ()  $30.00 Filing Fee for Amendments
    ()  $25.00 Claims Transfer Fee
    ()  Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice. Otherwise, the matter will be referred to the Court.

          Timothy B. McGrath
          Clerk

          By: ___C. Wagner_____
             Deputy Clerk

status.frm
(rev. 4/26/13)