UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO 16-11944 |
| ESTELLA MAC CHAMBERS | : CHAPTER 13 |
| | : |
| DEBTOR | |

CERTIFICATE OF NO RESPONSE OR OBJECTION TO DEBTOR'S COUNSEL'S
SUPPLEMENTAL APPLICATION FOR COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

    As of April 19, 2017, the undersigned has not received any response or objection to his March 15, 2017, application for an award of compensation post confirmation in the amount of $1,116.15 in addition to costs of $45.44. An April 19, 2017, review of the docket by the undersigned did not reveal any response or objection to the aforesaid application.


Dated:  4/19/17                               Signed:   /s/ Richard N. Lipow
                                                                                                                  Applicant