UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : CASE NO 16-11944
ESTELLA MAC CHAMBERS                                   : CHAPTER 13
                                                                          :

## Order

AND NOW, this ____20th____ day of ___April_____, 2017, upon consideration

of the Supplemental Application of Debtor's counsel Richard N. Lipow for Compensation

and any response thereto, the Court being fully advised, it is ORDERED that the

application is GRANTED and counsel fees in the full amount of $4,866.50

and expenses of $45.11 are approved of which $3,750 has already been approved and paid

and the remainder, fees of $ $1,160.50 ~~xxxxxxx~~ and costs of $45.11 shall be paid by the Trustee from

plan payments.

BY THE COURT,

*Ellen K FitzSimon*
_____
UNITED STATES BANKRUPTCY JUDGE