United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Estella Mack Chambers  
       Debtor

Case No. 16-11944-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 20, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.  
db          +Estella Mack Chambers,    643 Merchant Street,    Coatesville, PA 19320-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...  
        agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,  
        jwood@ecf.inforuptcy.com  
       JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
       JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association  
        paeb@fedphe.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...  
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com  
       MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
       MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association  
        paeb@fedphe.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...  
        bkgroup@kmllawgroup.com  
       RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,  
        ecflipow@gmail.com  
       THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...  
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                     TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO 16-11944
ESTELLA MAC CHAMBERS : CHAPTER 13
:

Order

AND NOW, this ____20th____ day of __April_____, 2017, upon consideration

of the Supplemental Application of Debtor's counsel Richard N. Lipow for Compensation

and any response thereto, the Court being fully advised, it is ORDERED that the

application is GRANTED and counsel fees in the full amount of $4,866.50

and expenses of $45.11 are approved of which $3,750 has already been approved and paid

and the remainder, fees of $ $1,160.50 and costs of $45.11 shall be paid by the Trustee from

plan payments.

BY THE COURT,

_____
UNITED STATES BANKRUPTCY JUDGE