# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Estella Mack Chambers**

Debtor(s)

Case No.  **16-11944**

Chapter  **13**

## Certificate of No Response

**To the Court:**

The undersigned certifies that he has received neither a response or objection to Debtor's motion to modify her Chapter 13 post confirmation (document 44). A review of the docket reveals that no response or objection has been filed.

Attorney  **/s/ Richard N Lipow**

**Richard N Lipow**

### Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served on the US and Chapter 13 Trustees and movant's counsel at the time it was filed b the ECF system.

Attorney  **/s/ Richard N Lipow**

**Richard N Lipow**