IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Estella Mack Chambers,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC4,<br>    Movant,<br>v.<br>Estella Mack Chambers,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-11944/JKF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __22nd__ day of __May__, 2017, after notice to all required parties and certification of default under the terms of this Court's Order of January 19, 2017 it is

ORDERED AND DECREED that ~~the~~ as Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted ~~to allow~~ Movant, or its successors, if any, ~~to proceed~~ with respect to the real property at ~~with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of~~ 643 Merchant Street, Coatesville, PA 19320~~; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is~~.

~~FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order~~.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE