**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **Estella Mack Chambers,** | : | |
| Debtor. | : | Case No. 16-11944 (JKF) |
| _____ | | |

## ORDER

This 6th day of June, 2017, the debtor filed a letter on May 23, 2017, requesting a hearing to obtain a release from her counsel to allow the debtor and creditor Nationstar Mortgage to negotiate a loan modification.

On May 26, 2017, the debtor's counsel filed a response to the debtor's request wherein he stated, "Upon receipt of Document 61, debtor's counsel immediately completed, signed and faxed the Release to Nationstar Mortgage at 12:04 pm on May 26, 2017." (Document 61 refers to the number assigned to the debtor's letter on the case docket.)

It is hereby **ordered** that the request for a hearing is **denied** as it appears there is no need for a hearing.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Estella Mack Chambers
643 Merchant Street
Coatesville, PA 19320

Richard N. Lipow, Esquire
Lipow Law Office
629 Swedesford Road
Malvern, PA 19355