# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Estella Mack Chambers**                                Case No.    **16-11944**
Debtor(s)                                                         Chapter     **13**

## CERTIFICATE OF NO RESPONSE

The undersigned certifies that there has been no response or objection to the Motion to Modify Plan (docket 44).

Attorney    **/s/ Richard N Lipow**
            **Richard N Lipow**

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served on the US and Chapter 13 Trustees at the time it was filed b the ECF system.

Attorney    **/s/ Richard N Lipow**
            **Richard N Lipow**