UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO 16-11944 |
| ESTELLA MAC CHAMBERS | : CHAPTER 13 |
| | : |
| DEBTOR | |

ORDER

AND NOW, this __8th__ day of __August__ 2017, consideration of the debtor's motion to modify her plan post confirmation, the response thereto, the Court being fully advised, it is hereby ORDERED that the motion is GRANTED.  The Debtor shall file the proposed amended Chapter 13 plan appended to her Motion within _ten (10)_ days of the date of this order.

BY THE COURT

_____