United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11944-jkf
Estella Mack Chambers                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1              Date Rcvd: Aug 08, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db              +Estella Mack Chambers,   643 Merchant Street,   Coatesville, PA 19320-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
          MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com
          RICHARD N. LIPOW    on behalf of Attorney RICHARD N LIPOW richard@lipowlaw.com,
           ecflipow@gmail.com;r44824@notify.bestcase.com
          RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,
           ecflipow@gmail.com;r44824@notify.bestcase.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :   CASE NO 16-11944
ESTELLA MAC CHAMBERS                             :   CHAPTER 13
                                                :
        DEBTOR

ORDER

AND NOW, this __8th_____ day of __August_____ 2017,

consideration of the debtor's motion to modify her plan post confirmation, the response

thereto, the Court being fully advised, it is hereby ORDERED that the motion is

GRANTED.  The Debtor shall file the proposed amended Chapter 13 plan appended to

her Motion within _ten (10)_ days of the date of this order.

BY THE COURT

_____