# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-11944-ELF

ESTELLA MACK CHAMBERS

643 MERCHANT STREET

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ESTELLA MACK CHAMBERS

643 MERCHANT STREET

COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

RICHARD N. LIPOW
629 SWEDESFORD RD

MALVERN, PA 19355-

Date: 10/5/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee