# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Estella Mack Chambers  :  Chapter 13
:
Debtor.  :  Bankruptcy No. 16-11944 (JKF)

## PRAECIPE TO WITHDRAW CLAIM # 4
## OF CITY OF COATESVILLE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 4 of City of Coatesville.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney for City of Coatesville

Dated: March 6, 2019