United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 16-11944-elf
Estella Mack Chambers                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Apr 24, 2019
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db              +Estella Mack Chambers,   643 Merchant Street,   Coatesville, PA 19320-3337
13779413        +LSF9 MASTER PARTICIPATION TRUST,   CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
                  OKLAHOMA CITY, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK     on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JEROME B. BLANK     on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION paeb@fedphe.com
              JEROME B. BLANK     on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              RICHARD N. LIPOW    on behalf of Attorney RICHARD N LIPOW richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              ROBERT J. DAVIDOW    on behalf of Creditor    LSF9 Master Participation Trust
               robert.davidow@phelanhallinan.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 19

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **ESTELLA MACK CHAMBERS** | : | **BK. No. 16-11944 ELF** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **LSF9 MASTER PARTICIPATION TRUST** | : | |
| **Movant** | : | |
| v. | : | |
| **ESTELLA MACK CHAMBERS** | : | |
| **Respondent** | : | **11 U.S.C. §362** |
| | : | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

    **AND NOW**, this 24th day of April, 2019, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

    **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 641 MERCHANT STREET, COATESVILLE, PA 19320-3337(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **LSF9 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**