United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11944-elf
Estella Mack Chambers                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2           Date Rcvd: Jul 08, 2019
                       Form ID: 210U      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db             +Estella Mack Chambers,    643 Merchant Street,    Coatesville, PA 19320-3337
aty             RICHARD N LIPOW,    LIPOW LAW OFFICE,    629 SWEDESFORD ROAD,    MALVERN, PA  19355
cr             +Nationstar Mortgage LLC, et al,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13695156       +AR Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
13695157       +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13695162        CHESTER COUNTY HOSP,    MARSHSALL STREET,    West Chester, PA 19380
13695160       +Chase Manhattan Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
13695161       +Chase Manhatton Mortgage,    P.o. Box 24696,    Columbus, OH 43224-0696
13737930       +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13695164       +Columbia Gas (Formerly Baystate Gas),    2491 Paxton St,    Harrisburg, PA 17111-1036
13695163       +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
                 Springfield, MA 01102-2025
13695166       +First Federal Credit & Collections,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
13695165       +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                 Cleveland, OH 44122-5662
13907404       +JPMorgan Chase Bank, National Association,    Chase Records Center, Attn: Corresponden,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13705318       +JPMorgan Chase Bank, National Association,    c/o MARIO J. HANYON,    Phelan Hallinan & Schmieg,
                 1617 John F. Kennedy Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
13779413       +LSF9 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
13695167       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13695168        Nationstar Mortgage LLC,    Po Box 199111,    Dallas, TX 75235
13695169        PENN MEDICINE,    PO BOX 824406,    Philadelphia, PA 19182-4406
13715883       +The Chester County Hospital,    c/o Tabas & Rosen, PC,    1601 Market Street, Suite 2300,
                 Philadelphia, PA 19103-2306
13770594       +U.S. Bank National Association, as Trustee for SPE,    Nationstar Mortgage LLC,
                 ATTN: Bankruptcy Department,    P.O. Box 619096,    Dallas, TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:13:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2019 03:13:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 09 2019 03:13:20
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
13695155       +E-mail/Text: bkrpt@retrievalmasters.com Jul 09 2019 03:13:06      Amca,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
13997826       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 09 2019 03:13:20
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13695159       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 09 2019 03:13:34
                 Berks Credit & Collections,    900 Corporate Dr,    Reading, PA 19605-3340
13695158       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 09 2019 03:13:34
                 Berks Credit & Collections,    Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
13717586        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:30:23
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13718169        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:29:17
                 Portfolio Recovery Associates, LLC,,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 08, 2019
                              Form ID: 210U               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   City of Coatesville jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   LSF9 Master Participation Trust kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Attorney RICHARD N LIPOW richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              ROBERT J. DAVIDOW    on behalf of Creditor   LSF9 Master Participation Trust
               robert.davidow@phelanhallinan.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 20
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Estella Mack Chambers                                    Case No: 16–11944–elf

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 7/8/19

For The Court

Timothy B. McGrath
Clerk of Court

97
Form 210U