Certificate Number: 14912-PAE-DE-033094424

Bankruptcy Case Number: 16-11944



14912-PAE-DE-033094424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 11, 2019</u>, at <u>3:50</u> o'clock <u>PM EDT</u>, <u>Estella Chambers</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 11, 2019</u>

By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>