IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ESTELLA MACK CHAMBERS                                BK. No. 16-11944-elf
        Debtor

                                       Chapter No. 07

BAYVIEW LOAN SERVICING, LLC            :
        Movant                                              :
      v.                                                           :
ESTELLA MACK CHAMBERS                       :
        and                                                            11 U.S.C. §362
MICHAEL H. KALINER, ESQUIRE
(TRUSTEE)
        Respondents

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 27th day of September, 2019, at **PHILADELPHIA**, upon Motion of **BAYVIEW LOAN SERVICING, LLC** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 639 MERCHANT STREET, COATESVILLE, PA 19320 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

      **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**