United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 16-11944-elf
Estella Mack Chambers                                                        Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1            Date Rcvd: Oct 21, 2019
                            Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Estella Mack Chambers,    643 Merchant Street,    Coatesville, PA 19320-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
      MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
       bkgroup@kmllawgroup.com
      MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
      MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
      RICHARD N. LIPOW    on behalf of Attorney RICHARD N LIPOW richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      RICHARD N. LIPOW    on behalf of Debtor Estella Mack Chambers richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      ROBERT J. DAVIDOW    on behalf of Creditor    LSF9 Master Participation Trust
       robert.davidow@phelanhallinan.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing LLC paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                                             TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Estella Mack Chambers  : Case No. 16−11944−elf
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 21, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

110
Form 195